# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division

In Re: Debtor(s)  
Lauren F.A. Price

Case Number: 17–22232–jra

## PREHEARING CONFERENCE STATEMENT IN SUPPORT OF MOTION FOR STAY RELIEF BY ("Movant")
LAPORTE COMMUNITY FEDERAL CREDIT UNION

1. Date Petition filed: __August 3__, 20__17__.
2. Plan Confirmed? Yes ____ No __X__
3. If yes, Date Plan Confirmed: __N/A__, 20____.
4. Type of Collateral: A. Residential Real Estate: ____; B. Nonresidential Real Estate: ____; C. Motor Vehicle: Year __2003__, Make __Hummer__, Model __H2__; D. Other (specify): _____.
5. Principal balance, accrued interest, and late charges presently due: $ __20,161.14__.
6. Amount of Postpetition Advances made for insurance and/or taxes: Insurance $ __None__; Taxes $ __None__.
7. Postpetition Payments to Movant are made: A. By Trustee __X__; B. By Debtor ____; C. Nonfiling Co-Debtor _____.
8. Total Postpetition Default to Movant only: $__17,086.58__; A. No. of Months in default __13__; Monthly Plan Payment to Movant only: $ __50.00__. Date last postpetition payment received by Movant: __N/A__, 20____. Last postpetition payment applied by Movant to payment due for __N/A__, 20____.
9. Estimated present value of Collateral: $ __14,800.00__; Source or Basis for Value: __NADA__.
10. Stay Relief is being requested pursuant to: A. ____ §362(d)(1) (for cause); B. __X__ §362(d)(2) (no equity and not necessary for reorganization); C: Surrender _____ Other: _____.
11. Has Debtor provided proof of insurance as to Collateral? Yes ____ No __X__.
12. Other relevant additional comments: __Last payment Movant received was 7/6/16__.[2]

Dated: August 9, 2017

/s/Brooks J. Grainger  
Attorney for Movant

---

[2] See, N.D. Ind. L.B.R. B–4001–1(c): Relief from Stay in Chapter 13 cases as to information required by movant if plan does not propose surrender of property.

# **CERTIFICATE OF SERVICE**

I certify that on __August 9__, 20_17_ a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

I further certify that a true and accurate copy of the attached was served on __Kevin Schmidt__ by depositing in the U.S. Mail on __August 9__, 20_17_, at the addresses listed below.

Attorney for Movant

By: __/s/Brooks J. Grainger__

Kevin Schmidt
370 W. 80th Place
Merrillville, IN 46410

Paul R. Chael, Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410

Nancy J. Gargula, U.S. Trustee
One Michiana Square Building
100 East Wayne Street, Suite 555
South Bend, IN 46601-2349